UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

Randy K. Barker,

                                       Case No.: 08-CV-4907 (PAM/RLE)

           Plaintiff,

  -vs-                            **ORDER OF DISMISSAL**
                                         **WITH PREJUDICE**

Katie L. Brown,

           Defendant.

---

James W. Balmer, Esq., Falsani, Balmer, Peterson, Quinn & Beyer, counsel for Plaintiff.

Robert C. Barnes, Esq., McCarthy & Barnes, PLC, counsel for Defendant.

---

The parties having Stipulated, by and between their respective counsel, that all claims in the above-entitled matter have been fully compromised and settled and shall be dismissed with prejudice [Docket No. 9],

**IT IS HEREBY ORDERED** that all claims in the above-entitled matter are **DISMISSED WITH PREJUDICE** and without costs and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: January 5, 2009        s/Paul A. Magnuson
                                      PAUL A. MAGNUSON
                                      Judge of the United States District Court